# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| JESSE FIGUEROA,<br>        Plaintiff<br><br>        V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>        Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00379 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>  GRANTED.

    <u>X</u>  The clerk is directed to file the complaint.

    <u>X</u>  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this   <u>1st</u>   day of   <u>June</u>  , <u>2009</u>.

                                                       /s/ Sandra M. Snyder
                                                     Signature of Judicial Officer

                                                     SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                     Name and Title of Judicial Officer