IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE FIGUEROA, | ) | 1:09-cv-974 OWW GSA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation filed on November 10, 2009, this action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

**Dated:   November 16, 2009**           /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE

1